# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO RIVERA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DISCOVER BANK<br><br>　　　　　　Defendant.<br>_____/ | Case No. 1:24-cv-01318-SKO<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>(Doc. 12) |

On October 28, 2024, Plaintiff Gustavo Rivera filed this debt collection action against Defendant Discover Bank. (Doc. 1.) On March 12, 2025, Plaintiff filed the present Motion for Leave to File First Amended Complaint (the "Motion"). (Doc. 12.) Plaintiff seeks leave to include additional defendants and causes of action. (*Id*. at 3.) Plaintiff contends that granting the Motion will not require any modification of any deadlines, as there has yet to be a Scheduling Order entered in this case. (*Id*. at 6.)

Defendant did not file an opposition to the Motion. (*See* Docket.) With no showing of bad faith or prejudice to Defendant (as evidenced by the lack of opposition to the Motion), *see* Fed. R. Civ. P. 15, the Court hereby GRANTS Plaintiff's Motion. The hearing set for April 16, 2025, is VACATED.

///

///

1     It is hereby ORDERED that **by no later than twenty-one (21) days of the date of this Order,** Plaintiff shall file an amended complaint conforming to the proposed amended complaint filed as Exhibit 1 to the Motion. (*See* Doc. 12-1.)

IT IS SO ORDERED.

Dated:   **March 27, 2025**            */s/ Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE