1  **STEPTOE LLP**
   STEPHEN J. NEWMAN (SBN 181570)
2  *snewman@steptoe.com*
   MIHIR DESAI (SBN 315998)
3  *mdesai@steptoe.com*
4  2029 Century Park East, Suite 980
   Los Angeles, California 90067
5  Telephone: (213) 439-9400
   Facsimile: (213) 439-9599
6  Email: *docketing@steptoe.com*
7
   Attorneys for Defendant
8    AMERICAN EXPRESS NATIONAL BANK

9                    **UNITED STATES DISTRICT COURT**
10                    **EASTERN DISTRICT OF CALIFORNIA**

11  | GUSTAVO RIVERA, | ) | Case No.: 1-24:cv-01318-SKO |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **ORDER GRANTING SECOND** |
|  | ) | **STIPULATION TO EXTEND TIME TO** |
| v. | ) | **RESPOND TO INITIAL COMPLAINT** |
|  | ) |  |
| DISCOVER BANK; CITIBANK, N.A.; | ) | (Doc. 43) |
| MIDLAND CREDIT MANAGEMENT, INC.; | ) |  |
| AMERICAN EXPRESS COMPANY; | ) |  |
| EQUIFAX INFORMATION SERVICES LLC; | ) |  |
| EXPERIAN INFORMATION SOLUTIONS, | ) |  |
| INC.; and TRANS UNION, LLC, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**ORDER**

Having reviewed the Parties' "Stipulation to Extend Time to Respond to Initial Complaint by Not More than 30 Days [L.R. 144]" (the "Stipulation"), and finding good cause, the Stipulation is **GRANTED**. The deadline for defendant American Express National Bank to respond to the Complaint, by answer, motion or otherwise, shall be extended to and including June 6, 2025.

IT IS SO ORDERED.

Dated:   **May 23, 2025**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE