# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUSTAVO RIVERA,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**DISCOVER BANK; CITIBANK, N.A.; MIDLAND CREDIT MANAGEMENT, INC.; AMERICAN EXPRESS COMPANY; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC**<br><br>　　　　Defendant. | Case No.: 1:24-cv-01318-JLT-SKO<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>(Doc. 66) |

　　　　Having considered the parties' Joint Stipulation to Continue Trial and Pretrial Dates ("Joint Stipulation"), (Doc. 84), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the July 9, 2025 Scheduling Order, (Doc. 66), are **VACATED** and **CONTINUED** according to the revised schedule below:[1]

//
//
//
//
//
//

---

[1] Some of the parties' proposed dates were modified to comport with the Court calendar.

CASE NO.: 1:24-cv-01318-JLT-SKO                                    Rivera v. Discover Bank, et al.

**ORDER**

| Event | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Cutoff | January 15, 2026 | April 15, 2026 |
| Expert Disclosures | February 17, 2026 | May 18, 2026 |
| Rebuttal Expert Disclosures | March 17, 2026 | June 15, 2026 |
| Expert Discovery Cutoff | April 2, 2026 | July 1, 2026 |
| Non-Dispositive Motion Filing Deadline | April 8, 2026 | July 7, 2026 |
| Non-Dispositive Motion Hearing | May 14, 2026 | August 12, 2026 |
| Dispositive Motion Filing Deadline | April 17, 2026 | July 16, 2026 |
| Dispositive Motion Hearing | May 27, 202 | August 20, 2026 |
| Pretrial Conference | August 24, 2026 | November 16, 2026 |
| Trial | October 20, 2026 | January 12, 2027 |

IT IS SO ORDERED.

Dated:  **December 10, 2025**           /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE