# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO RIVERA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DISCOVER BANK, et al.,<br><br><br>　　　　　　Defendants. | Case No.  1:24-cv-01318-JLT-SKO<br><br>**ORDER DIRECTING CLERK TO TERMINATE DEFENDANT TRANS UNION LLC**<br><br>(Doc. 90) |

On January 13, 2026, the parties filed a Joint Stipulation of Dismissal Pursuant to Fed. R. Civil P.41(a)(1)(A)(ii) as to Defendant Trans Union LLC , notifying the Court that this Defendant is voluntarily dismissed with prejudice.  (Doc. 90).

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

"The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule 41(a), this case has automatically terminated as to Defendant Trans Union LLC .  Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of Court is directed to TERMINATE Defendant Trans Union LLC .

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining Defendants.

IT IS SO ORDERED.

Dated:  __**January 14, 2026**__       ____/s/ *Sheila K. Oberto*____
                                    UNITED STATES MAGISTRATE JUDGE