# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GUSTAVO RIVERA,

Plaintiff,

v.

DISCOVER BANK, et al.,

Defendants.

Case No. 1:24-cv-01318-JLT-SKO

**ORDER DIRECTING CLERK TO TERMINATE DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND CITIBANK, N.A.**

(Docs. 92, 93)

On January 20, 2026, the parties filed Joint Stipulations of Dismissal Pursuant to Fed. R. Civil P.41(a)(1)(A)(ii) as to Defendants Citibank, N.A. and Experian Information Solutions, Inc., notifying the Court that these Defendants are voluntarily dismissed with prejudice. (Docs. 92, 93).

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

"The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule 41(a), this case has automatically terminated as to Defendants Citibank, N.A. and Experian Information

Solutions, Inc..  Fed. R. Civ. P. 41(a)(1)(A).  Accordingly, the Clerk of Court is directed to TERMINATE Defendants Citibank, N.A. and Experian Information Solutions, Inc..

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining Defendants.

IT IS SO ORDERED.

Dated:    **January 20, 2026**            /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE

2