**LOKER LAW, APC**
Scott M. Plescia (349319)
scott.plescia@loker.law
Telephone: (805) 323-3780
132 Bridge Street
Arroyo Grande, CA 93420

*Attorneys for Plaintiff,*
Gustavo Rivera

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO RIVERA,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER BANK; CITIBANK, N.A.; MIDLAND CREDIT MANAGEMENT, INC.; AMERICAN EXPRESS COMPANY; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>Defendants. | **Case No.:** 1:24-cv-01318-JLT-EGC<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT DISCOVER BANK**<br><br>**HON. JENNIFER L. THURSTON** |

**CASE NO.: 1:24-cv-01318-JLT-EGC**                    *Rivera v. Discover Bank, et al.*

**NOTICE OF SETTLEMENT WITH DEFENDANT DISCOVER BANK**

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff GUSTAVO RIVERA  ("Plaintiff") and Defendant DISCOVER BANK has been resolved.  The Parties anticipate filing a Joint Stipulation to Dismiss Discover Bank with Prejudice within sixty days.  Plaintiff requests that all pending dates and filing requirements regarding Discover Bank be vacated.

Date: May 26, 2026

**LOKER LAW, APC**

BY: ___/s/ SCOTT M. PLESCIA___
SCOTT M. PLESCIA, ESQ.
ATTORNEY FOR PLAINTIFF

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**CASE NO.: 1:24-cv-01318-JLT-EGC**          **1 OF 1**          *Rivera v. Discover Bank, et al.*
**NOTICE OF SETTLEMENT WITH DEFENDANT DISCOVER BANK**

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing *Notice of Settlement with Defendant Discover Bank* has been submitted on May 26, 2026 to all defense counsel of record via e-mail and U.S. Mail.


          /S/ SCOTT M. PLESCIA
          SCOTT M. PLESCIA, ESQ.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**CASE NO.: 1:24-cv-01318-JLT-EGC**                                      *Rivera v. Discover Bank, et al.*

**PROOF OF SERVICE**