# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GUSTAVO RIVERA,

Plaintiff,

v.

DISCOVER BANK, et al.,

Defendants.

Case No.  1:24-cv-01318-JLT-EGC

**ORDER DISCHARGING THE COURT'S OSC AND DIRECTING CLERK TO TERMINATE CERTAIN DEFENDANTS**

(Doc. 109)

On June 23, 2026, Plaintiff Gustavo Rivera filed a Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as to Defendant Discover Bank, notifying the Court that this Defendant is voluntarily dismissed with prejudice.[1] (Doc. 109).

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

"The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule 41(a), this

---

[1] Because this notice of dismissal was filed prior to June 24, 2026, the Court's order to show cause, (Doc. 108), is hereby DISCHARGED.

case has automatically terminated as to Defendant Discover Bank.  Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of Court is DIRECTED to terminate Defendant Discover Bank.

This case shall remain OPEN pending resolution of Plaintiff's case against all remaining Defendants.

IT IS SO ORDERED.

Dated:    **June 23, 2026**                    _____
UNITED STATES MAGISTRATE JUDGE

2