# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO RIVERA,<br><br>                    Plaintiff,<br><br>        v.<br><br>DISCOVER BANK, et al.,<br><br>                    Defendants. | Case No.  1:24-cv-01318-JLT-EGC<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 112) |

On June 24, 2026, Plaintiff Gustavo Rivera and Equifax Information Services, LLC ("the parties") filed a joint stipulation dismissing the action with prejudice.[1]  (Doc. 112).  In light of the parties' stipulation and the dismissal of all other Defendants, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and dismissed with prejudice.  Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:    **June 24, 2026**          _____
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] In light of the stipulation, the Court's order to show cause, (*see* Doc. 110), is hereby DISCHARGED.